October 21, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF J.M.R., JR., A CHILD

NO. 14-14-00813-CV

_____

Today the Court heard its own motion to dismiss this appeal. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.